FILED
September 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>               Plaintiff,                         )<br>v.                                                        )<br>                                                          )<br>YASMIN RICO,                                 )<br>                                                          )<br>               Defendant.                     ) | Case No. 2:14MJ00218-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  YASMIN RICO , Case No.  2:14MJ00218-AC , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of $__

✔    Unsecured Appearance Bond $50,000.00

__    Appearance Bond with 10% Deposit

__    Appearance Bond with Surety

__    Corporate Surety Bail Bond

✔    (Other)          Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  September 24, 2014  at  2:22 pm  .

By   /s/ Allison Claire/s/ Allison Claire
       Allison Claire
       United States Magistrate Judge

Copy 2 - Court